United States District Court
Southern District of Texas
**ENTERED**
April 28, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

ARNEL PEREZ LUIS                          §
                                          §
VS.                                       §        CIVIL ACTION NO. 5:25-cv-229
                                          §
KRISTI NOEM[1] *et al.*                   §

## ORDER

The Court granted in part and denied in part Petitioner's writ of habeas corpus (*see* Dkt. No. 16). According to Respondents' advisory, Petitioner's bond hearing was held on December 15, 2025,[2] and an Immigration Judge granted Petitioner bond (*see* Dkt. No. 18).

Accordingly, it appears as if no live disputes remain in this case. The parties are **ORDERED** to file a joint advisory addressing how they would like the Court to proceed by **May 11, 2026**. Alternatively, the parties may file a Federal Rule of Civil Procedure 41(a)(1)(A)(ii) joint dismissal by that date. *See* Rules 1(b), 12 of the Rules Governing Section 2254 Proceedings.

It is so **ORDERED**.

**SIGNED** April 27, 2026.

Marina Garcia Marmolejo
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), "[a]n action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. Later proceedings should be in the substituted party's name, but any misnomer not affecting the parties' substantial rights must be disregarded. The court may order substitution at any time, but the absence of such an order does not affect the substitution."

[2] Following the Court's Order, the Fifth Circuit decided *Buenrostro-Mendez v. Bondi*, 166 F.4th 494, 498 (5th Cir. 2026), which held that such was not required under the statutory framework.

1